UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

DAVID EUGENE BENNETT
SSN: xxx-xx-5765

CASE NUMBER:    06-31482
CHAPTER 13

TINA MARIA BENNETT
SSN: xxx-xx-2519
Debtors

---

### NOTICE TO DAVID EUGENE BENNETT AND TINA MARIA BENNETT THAT $306.00 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to David Eugene Bennett and Tina Maria Bennett, debtors herein, and deposits $306.00 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. The case is in the process of closing.

2. That the last known address for David Eugene Bennett and Tina Maria Bennett was:

    221 Sophie Lane
    Warsaw, IN 46582

3. That the Trustee's disbursement check was returned as undeliverable by the United States Postmaster and that there was no forwarding address for the debtors.

4. That the debtors' attorney was notified over 30 days ago that the check and other correspondence sent to the debtors was returned as undeliverable.

5. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   September 20, 2011

/s/ Debra L. Miller,
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Amended Notice was served as follows on   September 20, 2011

By U.S. Mail postage prepaid

Debtors: David Eugene and Tina Maria Bennett, 221 Sophie Lane, Warsaw, IN 46582

By electronic mail via CM/ECF:

Debtors' Attorney: Tyler S. Haines
U.S. Trustee: ustregion10.so.efc@usdoj.gov

                                                            /s/ Harriette M. King
                                                            Harriette M. King